# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALTOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASPIRANET, et al.,<br><br>Defendants. | Case No. 1:26-cv-07095-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 56)<br><br>**NOVEMBER 9, 2026 DEADLINE** |

On August 21, 2026, the parties filed a notice of settlement, indicating that they have settled this case and that dispositional documents shall be filed. (ECF No. 56.) The parties request two sets of deadlines, one for 60 days and another for 180 days. Though the Court is aware that documentation and funding presents certain challenges in complex settlements, the Court finds that, at this time, the parties have not presented good cause for the 180-day deadline. Instead, the Court will give all parties through November 9, 2026, to file dispositional documents. Should Plaintiff and certain Defendants require additional time in order to file dispositional documents, those parties may file a stipulation for an extension of time supported by good cause—in other words, adequate details to support the requested extension.

/ / /

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiffs shall file, or ensure the filing of, dispositional documents no later than **November 9, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge