# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALTOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASPIRANET, et al.,<br><br>Defendants. | Case No. 1:26-cv-07095-SAB<br><br>ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANTS ASPIRANET, COUNTY OF TULARE, CECILIA RODRIGUEZ, AND LUKE HAMILTON<br><br>(ECF No. 58) |

On November 9, 2026, Plaintiffs and Defendants Aspiranet, County of Tulare, Cecilia Rodriguez, and Luke Hamilton filed a stipulation dismissing the claims against these Defendant with prejudice. (ECF No. 58.) In light of the stipulation, these Defendants have been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendants Aspiranet, County of Tulare, Cecilia Rodriguez, and Luke Hamilton on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **November 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge