# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALTOS, et al.,<br>Plaintiffs,<br>v.<br>ASPIRANET, et al.,<br>Defendants. | Case No. 1:26-cv-07095-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS REGARDING CERTAIN DEFENDANTS<br><br>(ECF No. 59) |

On September 8, 2026, the parties filed a notice of settlement, and the Court issued an order directing dispositional documents to be filed by November 9, 2026. (ECF Nos. 56, 57.) On November 9, 2026, Plaintiffs filed an unopposed motion to continue the deadline to file dispositional documents as to Defendants Michael Yoakum, Judith Yoakum, and Alberto Gonzalez Rios. (ECF No. 59.) Plaintiffs note that they have reached settlement with all parties in this action; however one settlement remains to be funded. Essentially, Plaintiffs explain:

> The settlement with the Yoakums will be paid on their behalf by the Foster Family Home and Small Family Home Insurance Fund (the "FSH Fund"), a State of California fund. The FSH Fund has not yet issued payment, and the settlement agreement ties dismissal to the exchange of settlement funds. Plaintiffs therefore cannot file dispositional documents as to the Yoakums and Mr. Gonzalez Rios by November 9, 2026. Plaintiffs ask for the March 8, 2027

(Id. at p. 2.) Plaintiffs further explain the parties efforts, as well as noting that they have filed a stipulated dismissal of the other defendants not subject to this motion. (Id. at pp. 2-3.)

For good cause shown, the Court GRANTS the motion and ORDERS that these parties shall have through **March 8, 2027**, to file dispositional documents. That said, the Court expects that Plaintiffs will continue to diligently pursue the resolution of this matter, and any further request for an extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge